# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| **Plaintiff,** | ) |
| Vs. | ) Case No. 6:03CR03072-001 (ODS) |
| **JESSE P. BLANKENSHIP,** | ) |
| **Defendant.** | ) |

## ORDER TO SHOW CAUSE

For good cause and upon the recommendation of the United States Probation Office, it is ORDERED that:

1) Jesse P. Blankenship shall appear before this Court at  11:30 a.m.  on  Tuesday, February 3 , 2009, in Courtroom No.  2 , United States District Court, 222 North John Q. Hammons Parkway, Springfield, Missouri, to show cause why the supervised release previously imposed should not be revoked for violating the conditions of supervised release; and

2) the United States Probation Office is directed to serve a copy of this Order to Show Cause on Jesse P. Blankenship, 1026 W. Norton Road, #506, Springfield, MO 65803.

/s/ *Ortrie D. Smith*
ORTRIE D. SMITH
UNITED STATES DISTRICT JUDGE

Dated at, Kansas City, Missouri,  13th  Day of  January , 2009.