# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

WESTERN DIVISION

USA
vs.
JESSE P. BLANKENSHIP

Action Number

03-3072-01-CR-S-ODS

## EXHIBIT INDEX

| ✓ | = offered & admitted w/o objection | Ltd | = admitted for limited purposes |
| Ex | = offered, but objected to and excluded | X | = offered & admitted over objection |
| DB | = admitted, de bene | NO | = marked, but not offered |
|  |  | WD | = offered then withdrawn |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1 | ✓ | 4/2/09 | 10:47 am | SPD Rept. No. 08-60746  12/31/08 |
| 2 | ✓ |  |  | SPD Rept. No. 09-11760  3/18/09 |
| 3 | ✓ |  |  | Marionville Rept. No. 09-221  2/17/09 |
| 4 | ✓ |  |  | 1/6/09 Laboratory Result |
| 5 | ✓ |  |  | 1/15/09 Notice of Stall |
| 6 | ✓ | ✓ | ✓ | 1/16/09 Notice of Stall |

Page # _____ I CERTIFY that I have this date _____ received from the Clerk, U.S. District Court, Western District of Missouri, the following numbered exhibits for which I will hold myself responsible:

E. Murray
Signature

Elizabeth A. Murray _____ Name

:exhibin.int