# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

**UNITED STATES OF AMERICA**

**-vs-**  03-3072-01-CR-S-ODS

**JESSE P. BLANKENSHIP**

USM Number: 16026-045

Michelle Nahon, FPD
901 St. Louis, Suite 801
Springfield, MO 65806

_____

## JUDGMENT IN A CRIMINAL CASE
### (For Revocation of Probation or Supervised Release)

**THE DEFENDANT:**

admitted guilt and stipulated to violations as alleged in the violation of condition(s) of the terms of supervision in the Violation Reports dated January 20, 2009 and March 27, 2009.

The defendant is adjudicated guilty of these violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| Standard Condition: | "The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month." | January 20, 2009 |
| Standard Condition: | "The defendant shall notify the probation officer at least ten (10) days prior to any change in residence or employment." | January 16, 2009 |
| Special Condition: | "The defendant shall successfully participate in any substance abuse counseling program, which may include urinalysis, sweat patch, or Breathalyzer testing, as approved by the Probation Office, and consistent with his ability, pay any associated costs, as directed by the Probation Office." | On or about December 25, 2008 through January 15, 2009 |
| Mandatory Condition: | "The defendant shall not commit another federal, state or local crime" | February 17, 2009 |
| Mandatory Condition: | "The defendant shall not commit another federal, state or local crime" | March 18, 2009 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED revoking** the defendant's supervised release.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.   If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

        Date of Imposition of Sentence:
        April 2, 2009

        Ortrie D. Smith
        _____
        ORTRIE D. SMITH
        UNITED STATES DISTRICT JUDGE

        April ___9_____,2009

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **24 Months**. No further supervised release ordered.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

                                              _____  
                                                      UNITED STATES MARSHAL

                                        By:_____  
                                                  Deputy U.S. Marshal